

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

July 24, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 10:50:01 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE CATHERINE EVANS
180TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name:  JAY COLBY FITZGERALD

Cause No:  1474585

Court:  180TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  7-23-15
**Sentence Imposed Date:**  7-23-15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  TO BE DETERMINED**

Sincerely,

L Arriaga

Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     KATHERINE POWERS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1474585

## THE STATE OF TEXAS

### V.

JAY COLBY FITZGERALD, A/K/A/ _____

180TH _____ District Court / ~~County Criminal Court at Law~~ No. _____

Harris County, Texas

**FILED**

Chris Daniel
District Clerk

JUL 23 2015

Time: _____

By _____

Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___7/23/15___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___7/23/15___
**Date**

___Jay Fitzgerald___
**Defendant (Printed name)**

___Jeroy Goodmick___
**Attorney (Signature)**

___Jeroy Goodmick___
**Attorney (Printed name)**

___08087200___
**State Bar Number**

___917 Franklin ste 320___
___Houston TX 77002___
**Address**

**Telephone Number** ___713 2378388___

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X ___[signature]___
**Defendant (Signature)**

___Jay Fitzgerald___
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___7-23-15___

By Deputy District Clerk of Harris County, Texas ___[signature]___

## ORDER

On ___7-23-15___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___7-23-15___

JUDGE PRESIDING,
_180_ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO.
HARRIS COUNTY, TEXAS

 

Cause No. 1474585
1474586

**THE STATE OF TEXAS**

IN THE 180 TH DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. ____

JAY COLBY FITZGERALD , Defendant

HARRIS COUNTY, TEXAS

# TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____    7-23-15
Judge                             Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant                             Defendant's Counsel

Mailing Address: **FILED**            State Bar of Texas ID number: 24047100
Chris Daniel
District Clerk                        Mailing Address: 917 Franklin ste320
Telephone number: _____                         Houston TX 77002
JUL 23 2015
Fax number (if any) Time:_____      Telephone number: 713-237-8388
Harris County, Texas
By_____                        Fax number (if any): 713-224-2889
Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1474580 / 1474585          OFFENSE: AGG ROBBERY

THE STATE OF TEXAS          180TH DISTRICT COURT **FILED**

VS.          OF          *Chris Daniel*
*District Clerk*

JAY COLBY FITZGERALD          HARRIS COUNTY, TEXAS          JUL 24 2015

By_____ Harris County, Texas
Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JAY COLBY FITZGERALD, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

- ☒ Appoint appellate counsel to represent him.
- ☒ Asks the court to order that a free record be provided to him.

X_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 23 day of July A.D., 20 15 .

_____
DEPUTY DISTRICT CLERK
180 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On July 23, 2015 the court conducted a hearing and found that the defendant is indigent.

- ☒ The court orders that Michael McEnrue is appointed to represent defendant/appellant on appeal.

- ☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: K Powers , by certified mail return receipt requested.

_____
JUDGE PRESIDING
180 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, MICHAEL A. McENRUE, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____          13589050
ATTORNEY (SIGNATURE)          BAR/SPN NUMBER

PO Box 70978          HOUSTON TX 77270
ADDRESS          CITY     STATE     ZIP

713 862-1975          713 864 8587
PHONE          FAX NUMBER          63589050

mmcenrue@justice.com
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 7-24-15

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

Cause No. 1474580 / 1474585

# THE STATE OF TEXAS

V.

JAY COLBY FITZGERALD , A/K/A/ _____

_____180TH_____ District Court / ~~County Criminal Court at Law No.~~ _____

### Harris County, Texas

## OATH OF APPOINTED ATTORNEY ON APPEAL

I, MICHAEL A MCENRUE, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

_____        13589050
Attorney-at-Law (Signature)                              BAR Number / SPN

P.O. Box 70978                                         HOUSTON TX 77270
Address                                                      City / State / Zip

713 862 - 1973                                         713 864 8587
Phone                                                        FAX


SWORN TO AND SUBSCRIBED BEFORE ME ON ____7-24-16____

By Deputy District Clerk of Harris County, Texas _____

# APPEAL CARD

15t

**Court** 180TH    9-21-15    **Cause No** 1474585

### The State of Texas
### Vs

JAY COLBY FITZGERALD

7-23-15

**Date Notice Of Appeal:** 7-23-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** CATHERINE EVANS

**Court Reporter** KATHLEEN POWERS

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** JEROME GODINICH

**Attorney on Appeal** TO BE DETERMINED

Appointed ✓ Hired _____

**Offense** AGGRAVATED ROBBERY

**Jury Trial** Yes ✓ No _____

**Punishment Assessed** 40 years TDCJ ID

**Companion Cases (If Known)** 1474580

**Amount of Appeal Bond** 0

**Appellant Confined:** Yes ✓ No _____

**Date Submitted To Appeal Section** JUL 2 4 2015

**Deputy Clerk** J HART